AO 93 (Rev. 11/13) Search and Seizure Warrant

HH

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )
One gray Apple iPhone 11 obtained from Ralph Albert ) Case No. 2:20-mj-508
Aldridge upon his arrest; and currently held at FBI Columbus )
Office, Digital Evidence Storage, 425 W. Nationwide, )
Columbus, Ohio )

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____Southern_____ District of _____Ohio_____
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A, incorporated herein by reference

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B, incorporated herein by reference

**YOU ARE COMMANDED** to execute this warrant on or before _____8-3-20_____ *(not to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10:00 p.m. ☑ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____Any MJ_____
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)* ☐ until, the facts justifying, the later specific date of _____

Date and time issued: 7-20-20 @ 1:47 pm _____
*Judge's signature*

City and state: Columbus, Ohio   Chelsey M. Vascura, U.S. Magistrate Judge
*Printed name and title*

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return |||
|---|---|---|
| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |

Inventory made in the presence of :

Inventory of the property taken and name of any person(s) seized:

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: _____

_____
*Executing officer's signature*

_____
*Printed name and title*

## ATTACHMENT A

### PROPERTY TO BE SEARCHED

The device to be searched is:

**(1) Gray Apple iPhone 11**

The item described above were seized from the person of Ralph Albert Aldridge, pursuant to his arrest and is currently being held at the Columbus FBI Office secure evidence storage location at 425 W. Nationwide, Columbus, Ohio 43215.

This warrant authorizes the forensic examination of the SUBJECT DEVICE for the purpose of identifying the electronically stored information described in Attachment B.

## ATTACHMENT B
## PROPERTY TO BE SEIZED

The following materials which constitute evidence of the commission of a criminal offense, contraband, the fruits of crime, or property designed or intended for use or which is or has been used as the means of committing a criminal offense, namely violations of Title 18, United States Code, Sections 1591, 2232, and 1001, and Title 21, United States Code, Sections 841 and 846.

1. Any and all computer software, including programs to run operating systems, applications (such as word processing, graphics, or online storage or chat programs), utilities, compilers, interpreters, and communications programs.

2. Any and all communications, in any format or medium (including, but not limited to, text messages, e-mail messages, chat logs, social media communications and electronic messages), relating to the acquisition of illegal drugs and/or the law enforcement investigations of Larry Dean Porter and any of his co-conspirators involved in his child sex trafficking, child pornography, and drug trafficking activities.

3. Any and all notes, documents, records, or correspondence, in any format and medium (including, but not limited to, text messages, e-mail messages, chat logs, social media communications and electronic messages,) pertaining to the law enforcement investigations of Larry Dean Porter and any of his co-conspirators involved in his child sex trafficking, child pornography, and drug trafficking activities.

4. Any and all records, documents, invoices and materials, in any format or medium (including, but not limited to e-mail messages, chat logs, electronic messages, and other digital data files) that concern any accounts with an Internet Service Provider or Electronic Communications Service.

5. Any and all files, documents, records, or correspondence, in any format or medium (including, but not limited to, network, system, security, and user logs, databases, software registrations, data and meta data), that concern user attribution information.

6. Any and all visual depictions of minors, whether clothed or not, for comparison to any child pornography or child erotica obtained during the course of this investigation.

7. All items found on the device described in Attachment A that relate to violations of 21 U.S.C. §§ 841 including:

2

a. Any and all log books, records, payment receipts, notes, and/or customer lists, ledgers, and other papers relating to the transportation, ordering, purchasing, processing, storage, and distribution of controlled substances, as well as all records of assets, liabilities, income and expenses;

b. Any and all books, records, invoices, receipts, records of real estate transactions, financial statements, bank statements, canceled checks, deposit tickets, passbooks, money drafts, withdraw slips, certificates of deposit, letters of credit, loan and mortgage records, money orders, bank drafts, cashier's checks, bank checks, safe deposit box keys, money wrappers, wire transfer applications and/or receipts, fictitious identification, and other items evidencing the obtaining, secreting, transfer, concealment, and/or expenditure of money;